UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| PHUONG THI NGUYEN,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　Defendant. | Civil No. 2:14-CV-00999-RAJ<br><br><br>ORDER OF REMAND |

The court GRANTS the parties' stipulated motion to remand this action. Dkt. # 17. The court orders as follows:

1) In accordance with sentence four of 42 U.S.C. § 405(g), the court REVERSES the decision of the Defendant and REMANDS this action to the Social Security Administration for additional administrative proceedings. On remand, an Administrative Law Judge ("ALJ") shall give Plaintiff an opportunity for a hearing and obtain additional evidence. The ALJ shall obtain supplemental vocational expert evidence and ensure that the evidence is consistent with Social Security Ruling 00-4p.

2) Plaintiff is entitled to reasonable attorney fees pursuant to 28 U.S.C. § 2412, upon proper motion to the court.

//

//

Page 1　　ORDER OF REMAND - [2:14-cv-00999-RAJ]

3) The clerk shall DISMISS this action and enter judgment for Plaintiff.

DATED this 2nd day of February, 2015.

The Honorable Richard A. Jones
United States District Court Judge